AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Frank Morillo
a/k/a Jorge Reynoso Morillo
DOB 3/21/65

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2005-M-0452-RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 30, 2005 in Suffolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

knowingly possessed a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to have been procured by means of a false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained.

in violation of Title 18 United States Code, Section(s) 1546(a)

I further state that I am a(n) ICE Special Agent and that this complaint is based on the following facts:
Official Title

See attached affidavit.

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

03-30-2005 at 4:59 pm     at Boston, Massachusetts
Date                                                   City and State

Robert B. Collings
United States Magistrate Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

# AFFIDAVIT OF SPECIAL AGENT JOSEPH GAETA

I, Joseph Gaeta, having been duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the United States Immigration and Customs Enforcement ("ICE"), and have been so employed since 1987. From my training, I am familiar with the various criminal statutes pertaining to the enforcement of immigration laws and which make it unlawful to possess fraudulent immigration documents, including Title 18, United States Code, Section 1546(a) (fraud and misuse of documents).

2. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and agents of this service. This affidavit is not intended to set forth all of the information that I and other law enforcement personnel have learned during this investigation, but is submitted in support of a criminal complaint against Frank Morillo, a/k/a Jorge Reynoso Morillo, for knowingly possessing a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to have been procured by means of a false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained, violation of Title 18, United States Code, Section 1546(a).

1

3.   On March 30, 2005, Agent Robert Donovan of the United States Drug Enforcement Administration was conducting routine interdiction at Logan International Airport in Boston, Massachusetts. During his routine patrol, Agent Donovan observed a male entering the gate area of Terminal B through a restricted door, carrying a shoulder bag and daytimer. Upon seeing this, Agent Donovan approached the male and asked him what he was doing. The male, later identified as Frank Morillo ("Morillo"), stated that he was getting on a flight to Santo Domingo. Agent Donovan then told the male that he was required to go through the security checkpoint. The male then stated that he was an employee of American Airlines. Agent Donovan then told Morillo that he was still supposed to go through the security checkpoint; Morillo acknowledged that he was supposed to go through the security checkpoint.

4.   Morillo provided the following identifications, all in the name Jorge Reynoso, to Agent Donovan: a Dominican Republic passport; a Massachusetts driver's license; and an American Airlines worker identification card. Further investigation revealed that Morillo was employed by American

5.   A search of Morillo's daytimer, which he consented to, uncovered multiple identification documents in both the names Jorge Reynoso and Frank Morillo. In his possession, Morillo had a United States Permanent Resident Card in the name Jorge Reynoso Morillo, with a date of birth of 6/23/66,

as well as a United States Permanent Resident Card in the name Frank Morillo, with a date of birth of 3/21/65. (See attachment).

6. Morillo was arrested and transported to court by ICE agents. During his transport Morillo stated that his real name is Frank Morillo and that he used the name Reynoso to gain employment in the United States.

7. Based on the foregoing information, I believe probable cause exists to conclude that Frank Morillo, a/k/a Jorge Reynoso Morillo, on March 30, 2005, knowingly possessed a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to have been procured by means of a false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

Joseph Gaeta
Special Agent
Immigration and Customs Enforcement

Subscribed and sworn before me this 30th day of 2005.

Robert B. Collings
United States Magistrate Judge

3








JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __ICE__

City __Boston__   Related Case Information:

County __Suffolk__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Frank Morillo__   Juvenile ☐ Yes ☒ No

Alias Name __Jorge Reynoso, Jorge Reynoso Morillo__

Address _____

Birth date: __1965__   SS#: _____   Sex: __M__   Race: __Hispanic__   Nationality: __Dominican__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __William H. Connolly__   Bar Number if applicable __634501__

Interpreter: ☒ Yes ☐ No   List language and/or dialect: __Spanish__

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: __March 30, 2005__

☒ Already in Federal Custody as __probable cause arrest__ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/31/05   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) P. 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy

Name of Defendant     Frank Morillo

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1546(a) | Fraud and Misue of Documents | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

**District Court Case Number**  (To be filled in by deputy  _____

**Name of Defendant**    Frank Morillo
JS 45.wpd - 3/13/02