AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FRANK MORILLO

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:  2005 M 0452 RBC

I, FRANK MORILLO , charged in a ☑ complaint ☐ petition pending in this District  w/ the possessing false documents in violation of 18 , U.S.C., 1546(a) , and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☑ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

_____
Defendant

_____
Date

_____
Counsel for Defendant