IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        :
                                :   CRIMINAL ACTION
         v.                     :
                                :   NO. 05CR10187
FRANK MORILLO                   :

INFORMATION
COUNT ONE
(49 U.S.C. § 46314)
(Entering airport area in violation of security requirements)

The United States Attorney charges that:

On or before March 30, 2005, at Boston, in the District of Massachusetts,

**FRANK MORILLO,**

the defendant herein, did knowingly and willfully enter, in violation of security requirements prescribed under sections 44901, 44903(b) and (c) and 44906 of Title 49, an aircraft and airport area that serves an air carrier and foreign air carrier, all in violation of Title 49, United States Code, Section 46314(a).

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                        By:     _____
                                William H. Connolly
                                Assistant U.S. Attorney

DATE:    JULY 26, 2005

JS 45 (5/97) - (Revised USAO MA 3/2/05)

05 10187

**Criminal Case Cover Sheet**                                  U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No. __III__          Investigating Agency __ICE__

City __Boston__                Related Case Information:

County __Suffolk__             Superseding Ind./ Inf. _____   Case No. __05-00452-RBC__
                               Same Defendant __X__   New Defendant _____
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number _____
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Frank Morillo__                       Juvenile   [ ] Yes   [X] No

Alias Name __Jorge Reynoso, Jorge Reynoso Morillo__

Address __10 Orlando Way, Apt. 2, Mattapan, MA__

Birth date: __1965__   SS#: _____   Sex: __M__   Race: __Hispanic__   Nationality: __Dominican__

Defense Counsel if known: __Peter Parker__          Address: __One Commercial Wharf__
                                                             __Boston, MA 02110__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __William H. Connolly__                  Bar Number if applicable __634501__

Interpreter:   [X] Yes   [ ] No         List language and/or dialect:   __Spanish__

Matter to be SEALED:   [ ] Yes   [X] No

[ ] Warrant Requested          [X] Regular Process          [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____.
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[X] On Pretrial Release:   Ordered by __Magistrate Judge Collings__   on __May 26, 2005__

Charging Document:   [ ] Complaint   [X] Information   [ ] Indictment
Total # of Counts:   [ ] Petty _____   [X] Misdemeanor __1__   [ ] Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __7/26/05__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy

Name of Defendant     Frank Morillo

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  49 U.S.C. § 46314 | Unauthorized entry of a secure location | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

05 CR 10187

District Court Case Number  (To be filled in by deputy)

**Name of Defendant**     Frank Morillo

JS 45.wpd - 3/13/02