UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  05-10187-RBC |
| | ) | |
| FRANK MORILLO | ) | |

**DEFENDANT FRANK MORILLO'S
ELECTION FOR TRIAL BY DISTRICT JUDGE**

Defendant Frank Morillo hereby elects, pursuant to 18 U.S.C. § 3401(b), "to be tried before a district judge." *Id*.  Mr. Morillo does not waive his right to trial by a district judge and does not consent to be tried, adjudged and sentenced by the magistrate judge.

Because the offense charged in the information carries a maximum penalty of one year in jail (a Class A Misdemeanor, *see* 18 U.S.C. § 3559(a)(6), it is not a "petty offense" and the magistrate judge has jurisdiction only if the defendant consents.  *See United States v. Donovan*, 1005 WL 1322715 at *2 and n.5 (SDNY May 2, 2005) (six-month maximum misdemeanors constitute petty offenses and were defined that way under former 18 U.S.C. § 1); *United States v. Lewis*, 518 U.S. 322, 323-24 (1996) (six-month maximum misdemeanors are petty offenses and a defendant is not entitled to jury

trial where more than one such offense is aggregated and exposes defendant to a sentence in excess of six months).

          FRANK MORILLO
           By his attorney,

          /s/ *E. Peter Parker*
          E. Peter Parker
           B.B.O. #552720
          One Commercial Wharf North
          Second Floor
          Boston, MA  02110
          (617) 742-9099


### Certificate of Service

     I, E. Peter Parker, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading.

          /s/ *E. Peter Parker*
          E. Peter Parker