UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>FRANK MORILLO     ) | Criminal No.  05-10187-RBC |

**DEFENDANT FRANK MORILLO'S
MOTION TO CONTINUE HEARING ON
ELECTION FOR TRIAL BY DISTRICT JUDGE**

Defendant Frank Morillo hereby moves for a continuance of the hearing on Mr. Morillo's Election For Trial By District Judge.  As grounds for this motion, Mr. Morillo states the undersigned counsel is not available on Friday August 12, 2005 and requests that the court reset the hearing for Thursday August 11, 2005 or Monday or Tuesday August 15 or 16, 2005.

FRANK MORILLO
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

Certificate of Service

I, E. Peter Parker, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading.

 /s/ *E. Peter Parker*
E. Peter Parker