AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE           DISTRICT OF           MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FRANK MORILLO
90 NORWICH ST.
BROCKTON, MA 02302-2266

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:    2005-CR-10187-RBC-1

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES DISTRICT COURT, 1 Courthouse Way, Boston, MA<br>Courtroom 23, 7th Floor. **REPORT TO PRETRIAL SERVICES FIRST.** | Rooms<br>PRETRIAL SERVICES - Rm. 1300<br>COURTROOOM 23, 7th Floor. |
|---|---|
| Before:     Magistrate Judge Robert B. Collings. | Date and Time<br>8/11/2005 at 2:00 P.M. |

To answer a(n)

☐ Indictment   X Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title   49       United States Code, Section(s)   46314

Brief description of offense:    Entering Airport Area in Violation of Security Requirements.


***** DEFENDANT SHALL REPORT TO PRETRIAL SERVICES PRIOR TO THE HEARING, (ROOM 1300). THE DEFENDANT SHALL ALSO REPORT TO THE UNITED STATES MARSHAL FOR PROCESSING PRIOR TO THE HEARING, IF THE DEFENDANT HAS NOT ALREADY DONE SO.


NOREEN A. RUSSO, DEPUTY CLERK                             /s/ Noreen A. Russo

Name and Title of Issuing Officer                         Signature of Issuing Officer

8/4/2005

Date