UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  05-10187-RBC |
| | ) | |
| FRANK MORILLO | ) | |

**DEFENDANT FRANK MORILLO'S
MOTION TO CONTINUE ARRAIGNMENT**

Defendant Frank Morillo hereby moves for a continuance of the arraignment scheduled for Friday August 12, 2005 and requests that the court reset the arraignment for Thursday August 11, 2005.  As grounds for this motion, Mr. Morillo states that undersigned counsel will be out of town on August 12, 2005.

          FRANK MORILLO
            By his attorney,

          /s/ *E. Peter Parker*
          E. Peter Parker
           B.B.O. #552720
          One Commercial Wharf North
          Second Floor
          Boston, MA  02110
          (617) 742-9099

Certificate of Service

I, E. Peter Parker, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading.

          /s/ *E. Peter Parker*
          E. Peter Parker