# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                          CRIMINAL NO. 2005-10187-RBC

FRANK MORILLO,
        Defendant.

## *ORDER DIRECTING THAT CASE BE REASSIGNED TO A UNITED STATES DISTRICT JUDGE FOR CHANGE OF PLEA*

COLLINGS, U.S.M.J.

    The Court has been informed that the defendant does not consent to have the undersigned hear this case which involves a misdemeanor charge.

    ACCORDINGLY, THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO DRAW THE CASE FORTHWITH TO A UNITED STATES DISTRICT JUDGE AND TO REASSIGN THE CASE FROM THE UNDERSIGNED TO THAT JUDGE.

    The Court has further been informed that the defendant intends to plead guilty to the charge contained in the Information; accordingly, the case should be sent to the newly assigned United States District Judge for a Rule 11

proceeding.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: August 11, 2005.