UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>FRANK MORILLO          ) | Criminal No. 05-10187-NMG |

**ASSENTED-TO MOTION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE**

Defendant Frank Morillo moves to modify his conditions of pretrial release to permit him to travel to Florida on August 26, 2005 and return to Boston on August 29, 2005 for the purpose of attending a family reunion in Florida. Mr. Morillo has provided Pretrial Services with an itinerary and contact information in Florida. Pretrial Services, through officer Thomas O'Brien, and the government, through AUSA William Connolly, have no objection to the requested modification.

FRANK MORILLO
By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

Certificate of Service

I, E. Peter Parker, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading.

 /s/ *E. Peter Parker*
E. Peter Parker