## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF MASSACHUSETTS

## BOSTON, MASSACHUSETTS

| | | |
|---|---|---|
| FRANKLYN MORILLO, | ) | |
| PLAINTIFF, | ) | CIVIL ACTION NUMBER |
| | ) | _____ |
| | ) | BEFORE THE HONORABLE |
| -VS- | ) | _____ |
| | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| RESPONDENT. | ) | |

## MOTION FOR THE RETURN OF SEIZED PROPERTY

## PURSUANT TO THE FEDERAL RULES OF CRIMINAL AND CIVIL PROCEDURE

## TO WIT RULE 41(G)

## 18 U.S.C.A. 981 AND 983

COMES NOW, before this Honorable Court the plaintiff in the above captioned action, Franklyn Morillo, pro se, who respectfully and humbly moves this Court for the return of property to wit U.S. Currency pursuant to FRCP Rule 41(G) and The United States Penal Code Title 18 USCA sections 981 and 983 in both civil and criminal matters of forfeiture.

The plaintiff moves rightfully so for the reasons enumerated hereafter in support of his motion for the return of monies in the amount of $18,108.00 dollars in U.S. Currency seized on the day of August 19, 2015 in the town of Haverhill, Massachusetts by The Federal Government Agency of the Drug Enforcement Agency in and within the District of Massachusetts. Said seizure is identified by the seizure number of Asset Id # 15-DEA-614889 in association with case number CG-15-0019. See exhibit 1A annexed hereafter.

(1)

*Motion denied.* /s/ NMGorton, USDJ 12/21/16